# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D23-425
Lower Tribunal No. 2010DR-005276-0000-00

—————————————————

LILLY J. CULVER,

Appellant,

v.

LEONARD R. LEWIS,

Appellee.

—————————————————

Appeal from the Circuit Court for Polk County.
Torea Spohr, Judge.

December 12, 2023

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and MIZE, JJ., concur.


Lilly J. Culver, Greeley, Colorado, pro se.

Christina Diaz, of Cordell Law, LLP, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED